Marcus S. SMITH, Hildegard U. Smith, Plaintiffs–Appellants,

v.

William MARSHALL, Jr., M.D., Defendant–Appellee.

No. 88–5757.

United States Court of Appeals, Ninth Circuit.

Dec. 18, 1991.

Before HALL, WIGGINS and THOMPSON, Circuit Judges.

ORDER

In accordance with the United States Supreme Court opinion in *United States v. Smith*, — U.S. ——, 111 S.Ct. 1180, 113 L.Ed.2d 134 (1991), reversing our decision in *Smith v. Marshall*, 885 F.2d 650 (9th Cir.1989), we affirm the district court order substituting the United States as a defendant and dismissing the action. We also vacate our opinion at 885 F.2d 650.